IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | CIVIL ACTION NO. |
| | ) | 2:21-CV-00871-ACA |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SAMFORD UNIVERSITY; MALLORY KRUNTORAD; and TIM S. HEBSON, Ed.D., | ) ) ) ) | |
| Defendants. | | |

## NOTICE OF APPEAL

Notice is hereby given that John Doe, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from an order (Doc. No. 27) entered in this action on the 30th of July 2021.

Respectfully Submitted,

/s/ *Kristina W. Supler*
Kristina W. Supler

Of Counsel:
Susan C. Stone*
Kristina W. Supler*
KOHRMAN JACKSON & KRANTZ, LLP
1375 E. 9th Street, 29th Floor
Cleveland, OH 44114
P: (216) 696-8700
F: (216) 621-6536
E: scs@kjk.com; kws@kjk.com

*Admitted Pro Hac Vice*

Of Counsel:
JAFFE, HANLE, WHISONANT & KNIGHT, P.C.
2320 Arlington Ave. South
Birmingham, AL 35205
P: (205) 930-9800
F: (205) 930-9809
E: bknight@rjaffelaw.com
  *Counsel for Plaintiff John Doe*

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Notice of Appeal was filed electronically on August 2, 2021. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties not receiving service through the Court's electronic filing system will be served by regular U.S. mail. Parties may access this filing through the Court's system.

/s/ *Kristina W. Supler*
Kristina W. Supler